### A94A1016. WESLEY v. LESLIE.
(448 SE2d 89)

Judge Harold R. Banke.

This appeal is from a probate court's order approving the final distribution of property proposed by the administratrix of an estate. The record shows that although the probate court signed a written order in the case on November 3, 1993, that order has never been filed with the Clerk of Probate Court. It thus appearing that no final

order has been entered in the case, this appeal must be dismissed as premature. *Turner v. Wood,* 159 Ga. App. 850 (285 SE2d 589) (1981).
*Appeal dismissed. Birdsong, P. J., and Blackburn, J., concur.*

DECIDED JULY 29, 1994.

*Allen & Perry, Roy L. Allen, Jr.,* for appellant.
*Constance L. Thomas,* for appellee.

